ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS  FILED

MAY 4 2016

U.S. COURT OF
FEDERAL CLAIMS

PLAINTIFF'S NAME
Michelle Marino

16-550 C

v.                              No. COMPLAINT_____

THE UNITED STATES
Defense finance and accounting

**PAYMENT of US CODE 10 title Claim to survivor benefit plan**

US code 10 subchapter Survivor Benefit plan for the sole benefit of a dependent child Michelle Marino is considered disabled under section 1614(a)(3) of that Act (42 U.S.C. 1382c(a)(3)) who is incapable of self-support because of mental or physical incapacity established in 1990 as permanent. Death of her father, Joseph A Marino Army Retired 22 years at the grade of E6. Died on September 23,1993 HR command failed to notify DFAS of incapacitation.

Plaintiff seeks pay as ordered in the ARMY REVIEW BOARD order number **AR20140021359 case awarded on September 17, 2015** from the special survivor indemnity allowance shall be paid from amounts

PAGE 1

in the Department of Defense Military Retirement Fund established under section 1461 of this title.

ORDER STATES:

"All agencies are to update and change their records to show beneficiary timely filed her claim as of September 24, 1993"

Six Year bar statute of limitation is waived.

Disabled child Michelle Marino seeks Survivor Benefit plan and any interests Due to her from the date of the order of September 24, 1993 also a complete Accounting record of such pay claim amount according to DFAS pay charts total claim **without** interest due, hazard combat war time pay, and purple heart award bonuses or adjustments $413,317.48 and monthly amount of $2075.15

Michelle Marino
Pro-See
RR 3 Box 3471
Piedmont MO 63957
(573) 223-2199